

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2015

No. 04-15-00035-CV

**ARK DIMENSION 4, INC**. and Robert Pospisil,
Appellants

v.

Michelle **GRIFFITH**, Personal Representative of the Estate of Dell O. Amy, deceased,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellants have responded to our show cause order with adequate proof that the motion for new trial was mailed on November 14, 2014 by certified mail, return receipt requested. Therefore, appellants' notice of appeal was timely filed and we have jurisdiction. TEX. R. CIV. P. 5; TEX. R. APP. P. 25.1(a), 26.1(a)(1). This appeal is retained on the court's docket.

The clerk's record was filed on March 6, 2015. There being no reporter's record, the appellants' brief is due *thirty (30) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court